934 A.2d 1161

**INDIANA AREA SCHOOL DISTRICT, Petitioner,**

**v.**

**INDIANA AREA EDUCATION ASSOCIATION, Respondent.**

Supreme Court of Pennsylvania.

Oct. 23, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of October, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

1. Whether allowance of appeal should be granted to address the issue of whether the courts may enforce an arbitrator's award that negates a decision of the Pennsylvania Labor Relations Board ("PLRB") and allows an unfair labor practice and a violation of the Public Em-

ployee Act, 43 P.S. § 1101.101 *et seq.*, as found by the PLRB, to continue?

2. Whether allowance of appeal should be granted to address the issue of whether the "essence test" applies when an arbitrator errs as a matter of law because he lacks subject matter jurisdiction?